UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ALUMARI, *et al*. | Case No. 1:23-cv-01300-NODJ-CDB |
| Plaintiffs, | ORDER ON STIPULATION EXTENDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS |
| v. | |
| ANTONY BLINKEN, *et al*. | (Doc. 18) |
| Defendants. | |

On August 31, 2023, Plaintiffs Mohamed Alumari, Yousef Alumari, and Noor Alumari ("Plaintiffs") filed a complaint for mandamus, declaratory and injunctive relief against Defendants Antony Blinken, the U.S. Department of State, Rena Bitter, Julie M. Stufft, and the U.S. Embassy of Djibouti ("Defendants"). (Doc. 1). On November 28, 2023, Defendants filed a motion to dismiss. (Doc. 15). Pending before the Court is the parties' stipulation to extend the time to file any opposition and optional reply to the motion to dismiss. (Doc. 18).

In light of the stipulation and good cause appearing, it is HEREBY ORDERED:

1. Plaintiffs' time to answer, move, or otherwise respond Defendants' motion to dismiss (Doc. 15) shall be extended from December 12, 2023, to January 26, 2024; and

2. Defendants' time to reply to Plaintiffs' response or amended complaint in response

to Defendants' motion to dismiss shall be extended from February 2, 2024, to February 24, 2024.

IT IS SO ORDERED.

Dated: __**December 11, 2023**__                 _____
                                                  UNITED STATES MAGISTRATE JUDGE