UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ALUMARI, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY BLINKEN, *et al.*<br><br>Defendants. | Case No. 1:23-cv-01300-NODJ-CDB<br><br>ORDER ON STIPULATION EXTENDING BRIEFING DEADLINES ON DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. 27) |

On August 31, 2023, Plaintiffs Mohamed Alumari, Yousef Alumari, and Noor Alumari ("Plaintiffs") initiated this action with the filing of a complaint against Defendants Antony Blinken, Rena Bitter, Julie M. Stufft, the U.S. Department of State, and the U.S. Embassy Djibouti ("Defendants"). (Doc. 1). Plaintiffs filed the operative, first amended complaint on January 31, 2024. (Doc. 24). On February 29, 2024, Defendants filed a motion to dismiss the first amended complaint. (Doc. 25).

Pending before the Court is the parties' stipulation for extension of briefing deadlines on Defendants' motion to dismiss. (Doc. 27). In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. The deadline for Plaintiffs to respond to Defendants' motion to dismiss is extended from March 14, 2024, to April 16, 2024; and

1

2. The deadline for Defendants to file any optional reply in support of the motion to dismiss is extended from March 24, 2024, to May 17, 2024.

IT IS SO ORDERED.

Dated: __**March 6, 2024**__   _____
UNITED STATES MAGISTRATE JUDGE